IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IVORY LEE ROBINSON,

    Petitioner,

v.                                        CASE NO. 1:11-cv-0043-MP-AK

SECRETARY, DEPT. OF CORRECTIONS,

    Respondent.

_____/

## AMENDED REPORT AND RECOMMENDATION

This matter is before the Court on Doc. 1, a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner seeks habeas corpus relief in connection with his 2002 Alachua County convictions for attempted second degree murder and possession of a firearm by a convicted felon, for which he received a mandatory minimum sentence of 25 years imprisonment. Petitioner previously sought habeas corpus relief from the same convictions pursuant to 28 U.S.C. § 2254. The Court denied that petition on the merits and denied Petitioner's request for a certificate of appealability. *Robinson v. McDonough*, case no. 1:06-cv-0061-MP-AK, Docs. 23, 29 (N.D. Fla. June 16, 2008). The Eleventh Circuit also denied Petitioner's request for a certificate of appealability. *Id.* Doc. 37.

When a state prisoner is "in custody pursuant to the judgment of a State court," his petition for a writ of habeas corpus is governed by both § 2241 and the restrictions set forth in § 2254. *Medberry v. Crosby*, 351 F.3d 1049, 1062 (11th Cir.2003). In order to file a second or successive § 2254 petition, the petitioner must first obtain an order

from the court of appeals authorizing the district court to consider it. 28 U.S.C. § 2244(b)(3)(A). Absent authorization, the district court lacks jurisdiction to consider a second or successive petition. *See Farris v. United States*, 333 F.3d 1211, 1216 (11th Cir.2003) (addressing a successive motion to vacate under 28 U.S.C. § 2255).

There is nothing in the record that reflects that Petitioner has been granted leave by the Eleventh Circuit to file a second or successive habeas corpus petition, and thus this Court lacks the authority to entertain Petitioner's claims.

In light of the foregoing, it is respectfully **RECOMMENDED** that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, Doc. 1, be **DISMISSED**.

**IN CHAMBERS** this 11th day of March 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**